NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLAYTON W. HOOD,                          )
                                          )
        Appellant,                       )
                                          )
v.                                        )          Case No. 2D18-582
                                          )
STATE OF FLORIDA,                         )
                                          )
        Appellee.                        )
_____ )

Opinion filed November 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William D. Sites, Judge.

Clayton W. Hood, pro se.

PER CURIAM.

        Affirmed.

KELLY, MORRIS, and BADALAMENTI, JJ., Concur.